```
                    UNITED STATES DISTRICT COURT
                              for the
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ROBERT L. RICHARDSON,<br>       Plaintiff,<br><br>   v.<br><br>KEOLIS COMMUTER SERVICES, LLC,<br>       Defendant and<br>       Third-Party Plaintiff,<br><br>   v.<br><br>LAZ PARKING LIMITED, LLC and<br>CRAIG L. GREEN, d.b.a. GREEN N'<br>GROWING LANDSCAPING,<br>       Third-Party Defendants. | CASE NUMBER: 1:17-cv-10912-PBS |

## JOINT LIST OF WITNESSES

The parties submit this *Joint List of Witnesses* for the trial on November 18, 2019, at 9 a.m.*:*

1. Keolis Commuter Services, LLC intends to call the following witnesses at trial

   A. Robert L. Richardson, 93 Franklin Street, Apt. 2, Quincy, Massachusetts

   Anticipated direct examination: 2 to 4 hours

   Anticipated cross-examination: thirty minutes to one hour.

   B. David Greeley, 21 Third Street, Weymouth, Massachusetts

   Anticipated direct examination: 2 hours

   Anticipated cross-examination: thirty minutes to one hour.

   C. Craig L. Green, 30 Perley Avenue, Peabody, Massachusetts

   Anticipated direct examination: 2 hours

   Anticipated cross-examination: 2 hours

   D. Jamie Dupes, 3A Hemlock Street, Plaistow, New Hampshire

   Anticipated direct examination: .5 to 1 hour

   Anticipated cross-examination: thirty minutes to 1 hour.

E.   Dale McGuire, 19 Winthrop Street, Rehoboth, Massachusetts
    Anticipated direct examination: .5 to 1 hour
    Anticipated cross-examination: thirty minutes to 1 hour.

F.   Sean P. Woodbine, 24 Greenpost Lane, Warwick, Rhode Island
    Anticipated direct examination: 1 hour
    Anticipated cross-examination: thirty minutes to 1 hour.

G.   Michelle Milot, c/o Keolis Commuter Services, LLC
    Anticipated direct examination: 1 hour
    Anticipated cross-examination: thirty minutes

Keolis Commuter Services, LLC reserves the right to amend or supplement its list of witnesses; as well as to amend or add to its list of witnesses up and through trial, to call any witness identified by either third-party defendant, and to call any witness, whether or not identified above, in rebuttal as may be necessary at trial.

2. LAZ Parking Limited, LTD intends to call the following witnesses at trial:

A.   Sean P. Woodbine, 24 Greenpost Lane, Warwick, Rhode Island
    Anticipated direct examination: 1 hour
    Anticipated cross-examination: 1 hour

B.   George W. Melchior, R.A., P.E., LEED AP, 1061 South Street
    Portsmouth, NH 03801
    Anticipated direct examination: 1 hour;
    Anticipated cross-examination: 1 hour

Any individual or entity who has been identified during the course of discovery, but who have inadvertently not been listed, may be called to testify consistent with their pre-trial disclosure.

LAZ reserves the right to call any witnesses identified by Keolis and/or Green 'N Growing and to supplement this list of witnesses with adequate pre-trial notice.

LAZ also reserves the right to call rebuttal witnesses and reserves the right to seasonably supplement this section of the Joint Witness List.

Further, LAZ reserves the right to call any other witness whose identity becomes known to the parties prior to trial or who becomes necessary as the result of further discovery or information obtained by the parties.

LAZ reserves the right to call any witnesses listed by Keolis and/or Green 'N Growing and to supplement this list seasonably and prior to the trial of this matter.

3. The third-party Defendant Craig L. Green, d.b.a Green N' Growing Landscaping, intends to call the following witnesses:

    A.    Peter Furtado; 38 Dona Road, Revere, Massachusetts

        Anticipated direct examination: 30-45 minutes

        Anticipated cross-examination: 1 hour

    B.    Keeper of Records of the Massachusetts Governor's Office;

        Massachusetts State House, Boston, Massachusetts

        Anticipated direct examination: 10 minutes

        Anticipated cross-examination: 10 minutes

The third-party defendant reserves his right to call all witnesses identified by the plaintiff, to call rebuttal witnesses, and to seasonably supplement this list prior to trial.

Respectfully submitted,

| | |
|---|---|
| KEOLIS COMMUTER SERVICES, LLC, by its attorney, | LAZ Parking Limited, LLC, by his attorney, |
| /s/ Richard A. Davidson, Jr. | /s/ Lawrence H. Behrens |
| Richard A. Davidson, Jr. BBO# 552988 | Lawrence H. Behrens, Esq. BBO# 662171 |
| DAVIDSON LAW OFFICE | Law Office of Thomas M. Franco |
| 110 The Great Road, 2nd Floor | 99 High Street, 25th Floor |
| Bedford, Massachusetts 01730 | Boston, Massachusetts 02110 |
| (781) 275-0222 | (617) 235-7955 |
| *davidson@rdavidson.net* | *Lawrence.Behrens@aig.com* |

**CRAIG L. GREEN, d.b.a. GREEN N' GROWING LANDSCAPING,**
**by his attorney,**


   **/s/  James M. McLaughlin**
**James M. McLaughlin, Esq.**
**Hassett & Donnelly, P.C.**
**446 Main Street, 12th Floor**
**Worcester, Massachusetts 01608**
**(508) 791-6287**
***jmclaughlin@hassettanddonnelly.com***


**Dated: November 7, 2019**


<u>CERTIFICATE OF SERVICES</u>

    I, Richard A. Davidson, Jr., hereby certify that a true and accurate copy of the Joint List of Witnesses was sent electronically through the ECF system and by 1st Class United States Mail, postage prepaid, to Lawrence H. Behrens, Esq., Law Office of Thomas M. Franco, 99 High Street, 25th Floor Boston, Massachusetts 02110 and James M. McLaughlin, Esq., Hassett & Donnelly, P.C., 446 Main Street, 12th Floor, Worcester, Massachusetts 01608.

    Signed under the pains and penalties of perjury this 7th day of November, 2019.

                                                <u>/s/ Richard A. Davidson, Jr.</u>
                                                Richard A. Davidson, Jr. BBO# 552988